**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TINA WILLIAMS | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:22-cv-03448-ELR-RDC** |
| | ) | |
| CHS OF GEORGIA MEDICAL, P.C. | ) | **JURY TRIAL DEMANDED** |
| D/B/A PREMISE HEALTH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto having reached an agreement following mediation on December 12, 2024.

THE PARTIES HEREBY AGREE that this case shall be dismissed with prejudice, settled as to all claims of Tina Williams against CHS of Georgia Medical, P.C., d/b/a Premise Health, arising out of this action, known, or unknown, pled or unpled, and stricken from the docket of this Court.

Dated: December 23, 2024.          Respectfully submitted,

*/s/ Amelia A. Ragan*
LEGARE, ATTWOOD & RAGAN, LLC
Amelia A. Ragan
Georgia Bar No. 831387
125 Clairemont Avenue, Suite 515
Decatur, GA 30030
Telephone:  470-823-4000
Email:  aaragan@law-llc.com

*Counsel for Plaintiff Tina Williams*


*/s/ Anita Wallace Thomas*
NELSON MULLINS RILEY SCARBOROUGH
LLP
Anita Wallace Thomas

*Counsel for Defendant CHS of Georgia Medical,*
*P.C., d/b/a Premise Health*